**Exchange1B**

| | |
|---|---|
| **From:** | Scott Phillips <sphillips@secllc.net> |
| **Sent:** | Thursday, February 19, 2015 10:32 PM |
| **To:** | Gilbert, Joel; Roberson, David |
| **Cc:** | 'Trey Glenn' |
| **Subject:** | DRAFT Community  Stakeholder Strategy.pptx |
| **Attachments:** | DRAFT Community  Stakeholder Strategy.pptx |

**ATTORNEY-CLIENT WORK PRODUCT**
**PRIVILEGED & CONFIDENTIAL**

Joel/David,

Here is a document to walk through regarding Community & Stakeholder Strategy.  It includes the relationship map we discussed in December and a broad strategy.  I would suggest getting together and talking through what I have prepared and discuss viability.  Let me know when you want to do that – I will be in Montgomery tomorrow for Commission meeting but could do it on Monday if you guys can.

Thanks,

Scott

2:17-cr-00419-AKK-TMP

6/25/18 Jury Trial

GOVT EXHIBIT NO.  161

1

Drummond-000003

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Community Strategy

## 35th Avenue Superfund Site
## North Birmingham, AL

Drummond-000003.02

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Purpose

- Prevent the 35th Avenue Superfund Site from being added to the National Priority List

- Prevent the Preliminary Assessment created by the GASP Petition from being successful in expanding the 35th Avenue Site into a larger CERCLA site

- Separate the issues of Superfund Remediation from Community Revitalization & Redevelopment

Drummond-000003.03

# ATTORNEY-CLIENT WORK PRODUCT
## PRIVILEGED & CONFIDENTIAL



ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Messaging Themes

- No NPL Listing
- Outsiders (EPA & Others) Don't Understand
- Outsiders Don't Help
- Why is Walter Coke off the Hook?
- Why is U.S. Pipe not Involved?
- We are being used but not getting anything from it . . . .

Drummond-000003.05

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Current Resources

- Drummond Team
- ABC Coke Team
- Balch & Bingham Team
- Steve Bradley
- SE+C Team

Drummond-000003.06

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Audience Groups

- Local Community
- Local Industries potentially affected
- City
- County
- Local Legislative Delegation
- State Leadership & Agencies
- Environmental Agencies
- Federal Delegation
- Industry Associations

Drummond-000003.07

# Individual
# Audience Strategies

- Core Community
  - hijack NBCC
  - Separate concepts of remediation from revitalization benefits
- Supporters
  - engage support
  - align support with key themes
- Detractors
  - fragment detractors
  - undermine detractors credibility

Drummond-000003.08

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Implementation Plan

- Establish core community strategy team to set strategy, direct resources, monitor performance, & modify strategy based on performance

- Integrate resources across Team to specific actions supporting strategy

- Develop strategy for each major group in Relationship Map

Drummond-000003.09

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Implementation Plan (continued)

- Implement strategy with specific resource teams developed for each major group

- Monitor feedback from interactions with main groups and organizations in each group & input into relationship database

- Modify strategy and activities based on monitoring performance toward achieving purpose

Drummond-000003.10

ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

# Resource Gaps

- Identify Core Team for Program
- Identify Leads for Major Groups
- NBCC insider (have identified)
- Secure Relationship Database





ATTORNEY-CLIENT WORK PRODUCT
PRIVILEGED & CONFIDENTIAL